LAW OFFICES OF
# LAWRENCE H. SCHOENBACH, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY

LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZÜRICH

OF COUNSEL
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
A. JEFFREY WEISS****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I.
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ALSO ADMITTED IN U.S.V.I. AND ILL.

THE TRINITY BUILDING
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (212) 346-4665

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

108 BOULEVARD DU MONTPARNASSE
75014, PARIS, FRANCE

TALSTRASSE 82
POSTFACH 4818
8022, ZÜRICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

October 15, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 2 2013

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Sanford Gottesman
             13 Cr. 571 (KBF)

Dear Judge Forrest,

    I write on behalf of my client, the above-referenced Sanford Gottesman, to respectfully request an amendment of the defendant's current travel restrictions to allow him to travel to Sterling, Virginia from November 24, 2013 through November 31, 2013 to celebrate the Thanksgiving holiday with his family.

    If the Court were to grant this request Mr. Gottesman would be staying with his sister, Erika Masini, at her home at at 46313 Stratton Terrace #303, Sterling, Virginia 20165. Because Ms. Masini resides in the Washington, D.C. suburbs, Mr. Gottesman is also requesting permission to travel to Washington, D.C. during the week-long stay with his family.

    I have discussed the subject matter of this letter with AUSA Micah Smith who, on behalf of the government, advises that he does not object with the within request. I have also discussed this request with U.S. Pre-trial Services Officer Lisa Chan (212 805-4131) who advised that she too does not object to the request. The Pre-trial Officer also reported to me in an e-mail that Mr. Gottesman "has been compliant, reported as directed and has tested negative."

Law Offices of
Lawrence H. Schoenbach, PLLC

Honorable Katherine B. Forrest  *United States v. Sanford Gottesman*
United States District Judge  *13 Cr. 571 (KBF)*
Southern District of New York
October 15, 2013
Page 2


Thank you for your consideration.

                Very truly yours,

                LAW OFFICES OF
                LAWRENCE H. SCHOENBACH, PLLC

                By: _____
                Lawrence H. Schoenbach, Esq.

LHS/sms
Cc:   AUSA Micah Smith, Esq.
       US PTSO Lisa Chang
       Mr. Sandford Gottesman

*Ordered*
Application granted.

10/22/13    K. B. Forrest
              USDJ